UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON RODRIGUEZ, et al.,

    Plaintiffs,

    v.

UNITED AIRLINES, INC., et al.,

    Defendants.

_____/

No. C 13-2987 PJH

**JUDGMENT**

    The court having granted defendants' motions to dismiss, without further leave to amend,

    It is Ordered and Adjudged

    that plaintiffs take nothing, and that the action be dismissed.

Dated: November 27, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge